IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**FILED**
**OCT 27 2016**
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA
   Plaintiff

vs.

MELISSA A WILLIAMS
   Defendant

Other Court's Case#: 14CR30-08

Case No.: 425944-V

Case: 1:16-mc-02230
Assigned To : Unassigned
Assign. Date : 10/27/2016
Description: Miscellaneous

## NOTICE OF FOREIGN JUDGMENT
(558)

**I HEREBY CERTIFY** that the following Judgment was recorded in this Court in the above entitled case on October 13th, 2016:

NOTICE IS HEREBY GIVEN OF A LIEN AGAINST THE PROPERTY OF THE DEFENDANT NAMED BELOW. PURSUANT TO TITLE 18, UNITED STATES CODE, § 3613 (C), A FINE OR AN ORDER OF RESTITUTION IMPOSED PURSUANT TO THE PROVISIONS OF SUBCHAPTER C OF CHAPTER 227 IS A LIEN IN FAVOR OF THE UNITED STATES UPON ALL PROPERTY BELONGING TO THE PERSON FINED OR ORDERED TO PAY RESTITUTION AS IF THE LIABILITY OF THE PERSON WAS TAXED UNDER THE INTERNAL REVENUE CODE OF 1986. NAME OF DEFENDANT: MELISSA A. WILLIAMS. RESIDENCE: 1215 EAST WEST HWY APT 1101 SILVER SPRING, MD 20910. AMOUNT OF SPECIAL ASSESSMENT/FINE/RESTITUTION: THREE HUNDRED FORTY-ONE THOUSAND TWO HUNDRED FORTY DOLLARS AND SEVEN CENTS ($341,240.07) . COURT IMPOSING JUDGMENT: DISTRICT OF COLUMBIA, COURT NUMBERS: 14CR30-08, DATE OF JUDGMENT: MAY 26, 2016, RATE OF INTEREST: 0%, ENTERED.

Creditor
UNITED STATES OF AMERICA
555 FOURTH ST NW
WASHINGTON DC 20530

Creditor's Attorney:

**IN TESTIMONY WHEREOF**, I hereunto set my hand and affix the seal of this Court.

Clerk of the Circuit Court for
Montgomery County, Maryland

US DISTRICT COURT OF DISTRICT OF
COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON DC 20001

OCT 27 2016